FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2022

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00131 LPR |
| | ) | |
| vs. | ) | 18 U.S.C. §922(g)(1) |
| | ) | |
| MALAKI JEMISON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about November 11, 2021, the defendant,

MALAKI JEMISON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Criminal Use of a Prohibited Weapon, in Jackson County, Arkansas, Circuit Court in Case Number 34 CR 2021-144;

2. Possession of a Controlled Substance with Intent to Deliver, in Jackson County, Arkansas, Circuit Court in Case Number 34 CR 2021-144; and

3. Possession of Drug Paraphernalia, in Jackson County, Arkansas, Circuit Court in Case Number 34 CR 2021-144.

B.  On or about November 11, 2021, in the Eastern District of Arkansas, the defendant,

1

3

MALAKI JEMISON,

knowingly possessed, in and affecting commerce, a firearm, that is: an American Tactical, .223 caliber, semi-automatic pistol, bearing serial number NS281604, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, MALAKI JEMISON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]